Anika Renteria (SBN 273250)
Bankruptcy Law Center, APC
1230 Columbia St. Ste 1100
San Diego, CA 92101
(619) 894-8831

**Attorney for Debtor(s)**

**United States Bankruptcy Court of**
**Southern District of California**

In Re: Bryan Sears

Bankruptcy No: 14-09989-LT13
Hearing Date: 341(a): 2/6/15
Hearing Time: 10:00 am
Hearing Dept: Emerald Plaza

## PRE-CONFIRMATION MODIFICATION TO CHAPTER 13 PLAN

Chapter 13 Plan Modification Dated: 2/6/15

The Chapter 13 Plan dated 12/5/14, shall be modified as follows:

☒ Plan payment Debtor pays to the Trustee is increase to $406.00

☐ The dividend paid to unsecured creditors in Plan Paragraph 13 is increased to _____%.

☒ The prorata share paid to unsecured creditor in Plan Paragraph 13 is increased to $6,000.00; Debtor acknowledges his/her/their obligation pursuant to Local Bankruptcy Rule 3007-1(b) to file an objection to any and all late-filed unsecured Proofs of Claims.

☐ The allowed secured claim of _____ in Plan Paragraph _____ shall be Paid _____% annual percentage rate of interest.

☐ The filed and allowed unsecured claims shall be paid _____% annual percentage rate of interest.

☒ Plan payment to increase to $406.00, effective May 2015.

☐ The Debtor(s) agrees not to change their Federal or State tax withholding during the first three years of the Chapter 13 plan commencing _____, without advance written notice to the Chapter 13 Trustee. Any notice to the Chapter 13 Trustee shall include a copy of this modification. The Debtor(s) agrees to deposit any Federal or State tax refund into their bank account and to forward the same amount within 10 days of receipt to the Chapter 13 Trustee. This payment shall be accompanied by a fully executed copy of their Federal and State tax returns.

**Except as hereinabove amended, the above referenced Plan shall remain in full force and effect. This amendment is not effective unless signed by the Chapter 13 Trustee/Trustee's Attorney.**

Acknowledged and Agreed:

X _____    Dated: 2/6/15
**Debtor(s) or Debtor(s) Attorney**
*(By signing, attorney represent he/she is authorized to sign on behalf of client)*

X _____    Dated: 3/2/15
**Chapter 13 Trustee/Trustee's Attorney**

[Revised 12/14]