CSD 1177 [03/13/13]

Name, Address, Telephone No. & I.D. No.

Ahren A. Tiller, (SBN 250608)
Bankruptcy Law Center, APC
1230 Columbia St., Ste. 1100
San Diego, CA 92101
Phone: (619) 894-8831

Order Entered on
March 9, 2015
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Bryan C. Sears

BANKRUPTCY NO. 14-09989-LT13

Debtor.

# APPLICATION FOR COMPENSATION AND CONFIRMATION OF CHAPTER 13 PLAN; AND ORDER THEREON

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted.

//
//
//
//
//
//

DATED: March 6, 2015

_/s/ [signature]_
Judge, United States Bankruptcy Court

Submitted by:

Bankruptcy Law Center
(Firm name)

By: /s/ Ahren A. Tiller
    Attorney for Debtor

CSD 1177

Case 14-09989-LT13    Filed 03/06/15    Entered 03/09/15 07:35:27    Doc 16    Pg. 2 of 2

CSD 1177 [03/13/13] (Page 2)
APPLICATION FOR COMPENSATION AND CONFIRMATION OF CHAPTER 13 PLAN; AND ORDER THEREON
DEBTOR:  Bryan C. Sears                                                    CASE NO: 14-09989-LT13

**I. APPLICATION FOR CONFIRMATION AND ALLOWANCE OF COMPENSATION:**

The undersigned attorney for the above-referenced Debtor(s):

 A. Represents that the Section 341(a) meeting is concluded in this chapter 13 case and that the Debtor's Plan, as that term is defined in paragraph II(A) below, complies with Section 1322 and 1325(a) of the Bankruptcy Code.

 B. Represents that a Rights and Responsibility Statement was signed by the Debtor(s) and filed in this chapter 13 case on __12/31/2014__ and that the fees set forth in paragraph I(C) do not exceed the applicable presumptive guideline fees as established by General Order 173 of this Court.

 C. Represents that the paid and unpaid attorneys' fees and costs in this case are as follows:

  1. The agreed initial fee for attorney services: $ 3,600.00 ;

  2. Additional fees not part of initial fee: $ 0.00 ;

  (Specify referencing any relief from stay or adversary proceeding number as relevant):

  3. Total fees received to date: $ 1,500.00 ;

  4. Total unpaid balance of fees: $ 2,100.00 ;

 D. Requests that this Court:

  1. Confirm the Debtor's Plan; and

  2 Allow fees as set forth in paragraph I(C) above.

By submitting this Order, the chapter 13 Trustee and the attorney for the Debtor(s) represent to the Court that payments under Debtor's Plan are substantially current.

**II. ORDER CONFIRMING DEBTOR'S PLAN AND ALLOWING ATTORNEYS FEES**

Upon considering the foregoing application, IT IS HEREBY ORDERED THAT:

 A. The Debtor's Plan dated __12/5/2014__ (Docket Entry No. __2__) and, if applicable, as amended by pre-confirmation modification(s) (PCM Forms) dated __2/6/2015__ (Docket Entry No. __15__) ("Debtor's Plan") is confirmed.

 B. Attorneys' fees and costs are allowed as set forth in paragraph I(C) above, and any unpaid fees shall be paid as provided for in the Debtor's Plan.

 C. Nothing in this order or the Debtor's Plan shall be construed to have issue or claim preclusive effect on any debt nondischargeable under 11 U.S.C. 1328(a) unless a separate order of the court expressly so provides.

 D. This Order confirming Debtor's Plan incorporates by reference the Order Granting Debtor's Motion to Value Real Property, Treat Claim as Unsecured and Avoid Junior Lien or Stipulation  (Docket Entry No. __n/a__) .

Approved as to form and content by Chapter 13 Trustee submission of this Order:

CSD 1177

/s/ Todd Headden, Attorney for Chapter 13 Trustee Billingslea
Signed by Judge Laura Stuart Taylor March 6, 2015