NTF
Rev. 03/15

# United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Bryan C. Sears**
2609 West Canyon Ave. Apt 301
San Diego, CA 92123
xxx–xx–9070
*Debtor Aliases:* Bryan Christopher Sears

Case number: 14–09989–LT13
Chapter: 13
Judge  Laura S. Taylor

## Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **17** and/or Claim Number    filed on: **3/9/15**    Title of Document: **Generic Motion/Application**

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12 Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

**Other reason––See OTHER section below.**

**Service was not completed on:**

☐ Debtor         ☐ Attorney         ☐ Trustee         ☐ U.S. Trustee

**ACTION TAKEN BY COURT**
☒ Atty/Debtor/Movant contacted on **3/10/15**        via ☐ Tel/Voice Mail      ☒ Email    ☐ Mail or Other

**ACTION REQUIRED BY FILER**
**Amended document MUST BE FILED and RE–SERVED if applicable**

**OTHER:**  **The proposed order attached to this entry must be filed through orders upload in order to be conisdered by the Court. Please refer to the attorney on–line manual for further instructions on filing. Thank you**

Dated: 3/10/15

Barry K. Lander
Clerk of the Bankruptcy Court